UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS CONSTRUCTION INDUSTRY
HEALTH AND SECURITY FUND, *et al.*,   ) Case No. MC22-0091RSL

        Plaintiffs,

   v.

BARRY CIVIL CONSTRUCTION, INC.,   ) ORDER TO ISSUE WRIT OF GARNISHMENT

        Defendant,

   v.

JAMES W. FOWLER CO.,

        Garnishee.
_____

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Barry Civil Construction, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, James W. Fowler Co. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 20, 2022.

Dated this 25th day of October, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT